IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PAULA HAYES** | § § | |
| VS. | § § | **CIVL ACTION NO.** _____ |
| **NESTLE WATERS NORTH AMERICA, INC.** | § § § | **JURY** |

## INDEX OF ATTACHED STATE COURT PLEADINGS

1. State Court Docket Sheet — May 20, 2020
2. Plaintiff's Original Petition — April 10, 2020
3. Plaintiff's Amended Petition — April 20, 2020
4. Citation on Defendant, Nestle Waters North America — April 21, 2020
5. Defendant's Original Answer — April 28, 2020